UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-211-CEM-EJK
 18 U.S.C. § 554(a)
CHRISSIE FIER WILLIAMS  18 U.S.C. § 922(e)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE THROUGH THREE

On or about the dates set forth below, in the Middle District of Florida, the defendant,

CHRISSIE FIER WILLIAMS,

did fraudulently and knowingly attempt to export and send merchandise, articles, and objects from the United States to destinations in Trinidad and Tobago, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of the merchandise, articles, and objects, prior to exportation, knowing them to be intended for exportation from the United States contrary to any law and regulation of the United States, including the Export Administration Regulations ("EAR"), 15 C.F.R. Parts 730–774:

| Count | Date | Merchandise, Articles, and Objects: |
|---|---|---|
| One | January 28, 2021 | Firearms, firearm parts, and ammunition |
| Two | March 2, 2021 | Firearm parts |
| Three | June 8, 2021 | Firearm, firearm parts, ammunition |

In violation of 18 U.S.C. § 554(a).

## COUNT FOUR THROUGH SIX

On or about the dates set forth below in the Middle District of Florida and elsewhere, the defendant,

CHRISSIE FIER WILLIAMS,

did knowingly and willfully deliver and cause to be delivered to any common and contract carrier for transportation and shipment in interstate and foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, any package and other container in which there is any firearm and ammunition, without written notice to the carrier that such firearm and ammunition was being transported and shipped.

| Count | Date |
| --- | --- |
| Four | January 28, 2021 |
| Five | March 2, 2021 |
| Six | June 8, 2021 |

In violation of 18 U.S.C. §§ 922(e) and 924(a)(1)(D).

## FORFEITURE

1. The allegations contained in Counts One through Six of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d), 981(a)(1)(c), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 554(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. Upon conviction of a violation of 18 U.S.C. § 922(e), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to all firearms and assorted ammunition seized on or about January 28, 2021, March 2, 2021, and June 2, 2021 as set forth below:

| Date | Contents |
|---|---|
| January 28, 2021 | <ul><li>Two completed pistols;</li><li>Two 80% complete AR lower receivers;</li><li>Three pistol frames; and</li><li>19 40 S&W rounds of ammunition.</li></ul> |
| March 2, 2021 | <ul><li>Two upper receivers; and</li><li>Two lower receivers.</li></ul> |
| June 2, 2021 | <ul><li>One Draco 9 mm assault pistol;</li><li>One AR-15 full upper receiver;</li><li>One AR-15 full upper receiver;</li><li>One complete AR-15 lower receiver kit;</li><li>One complete AR-15 lower receiver kit;</li><li>One 80% lower receiver kit (AR-15); and</li><li>One Lower receiver AR-15 kit.</li></ul> |

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## CHRISSIE FIER WILLIAMS

## INDICTMENT

Violation:

18 U.S.C. § 554(a)
18 U.S.C. § 922(e)

A true bill,

_____
Foreperson

Filed in open court this 1st day of November, 2023.

_____
Clerk

Bail   $_____

GPO 863 525